# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-07-00670-CR
NO. 03-07-00671-CR

**Charles Leonard Myers, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
NOS. 725784 & 725786, HONORABLE MIKE DENTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On October 22, 2007, the Clerk received Charles Leonard Myers's pro se "motions to appeal" convictions in cause numbers 725784 and 725786. Treating the motions as notices of appeal, the Clerk notified the trial court clerk. *See* Tex. R. App. P. 25.2(c)(1). We have been informed by the clerk that in cause number 725784, Myers was convicted of violating a protective order following a plea of no contest. Sentence of 180 days in jail was imposed on November 13, 2006. Cause number 725786 was dismissed on the State's motion on November 13, 2006.

Myers's notice of appeal from the conviction in cause number 725784 was not timely filed. *See* Tex. R. App. P. 26.2(a)(1). We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208

(Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). There is nothing to appeal in cause number 725786. Accordingly, the appeals are dismissed.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  January 9, 2008

Do Not Publish